IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRYLYN MCCAIN,

      Plaintiff,                      No. 2:09-cv-3418 GEB JFM PS

      vs.

SAN JOAQUIN COUNTY
SUPERIOR COURT,

      Defendant.                ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 23, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed December 23, 2009, are adopted in
3  full; and

4  2. The above-entitled action is summarily remanded to the San Joaquin County
5  Superior Court.

6  Dated: January 21, 2010

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```