IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRYLYN MCCAIN,

        Plaintiff,                      No. 2:09-cv-3418 GEB JFM PS

    vs.

SAN JOAQUIN COUNTY
SUPERIOR COURT,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. On December 23, 2009, the undersigned filed findings and recommendations that the matter be remanded to the San Joaquin County Superior Court. On January 21, 2010, the Honorable Garland E. Burrell adopted the findings and recommendations in full and the case was closed.

        On February 2, 2010, plaintiff filed a motion to reconsider. In this motion, plaintiff asserts that "[o]nce a case is open, it never closes" and claims that Judge Burrell breached a contract with plaintiff upon ordering the case closed.

/////

/////

////

1

1         In light of the vague and bizarre allegations set forth in the motion, IT IS
HEREBY ORDERED that plaintiff's February 2, 2010 motion to reconsider is denied.

DATED: March 11, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014mccain3418.mot